# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-000163-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VERN ANDREW CAREL,

    Defendant.

## MINUTE ORDER[1]

On **September 10, 2010**, commencing at 9:00 a.m., the court shall conduct a hearing on the revocation of supervised release.

Dated: May 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.